# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| PINEDA RAPALO, MIRIAM JANETH | CASE NO.: 14-03471-MCF<br>JUDGE: MILDRED CABAN FLORES |
| DEBTOR(S) | (CHAPTER 7) |

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on June 4, 2014. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

Claims docket necessary at this time. Yes ____ No ____.    Track No. __12__
Exemptions as claimed in Schedule C allowed. Yes _✓_ No ____
Creditor(s) Present Yes ____ No _✓_.        **Attorney's Information**
                              Present with Debtor(s) was
_____
_____     _✓_ Attorney of Record
_____     ____ Other: _____
_____     ____ Pro-Se - See Certificate

**Debtor to amend within _____ days the following:**
____ A, _✓_ B, _✓_ C, ____ D, ____ E, ____ I & J, ____ Other _____
____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within _____ days:**
____ Documents on Real Property            ____ Documents on Vehicle
   (Appraisal, Title Search, Mortgage Balance)

**Trustee further requests that:**
____ Case be closed as no-asset as of the date of §341(a) meeting.    ____ Upon receipt of documents.
_✓_ Case be held open for potential asset recovery.
____ Case be RESET the §341(a) Meeting
       ____ On the ____ day of _____, 200___, at _____.
       ____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
              ____ Debtor(s) failed to appear.
              ____ Attorney for Debtor(s) failed to appear.
              ____ Further testimony or material is needed.
_____
____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
____ Failure to provide complete: ____ Schedules, ____ Statement of Affairs, ____ Mailing Lists,
____ Description of estate assets.
____ Failure of _____ Debtor(s) _____ Counsel to appear at:
       _____ initial _____ subsequent creditor meetings.

Dated: June 4, 2014

_____
WIGBERTO LUGO-MENDER, Trustee